**STATE of Missouri, Respondent**

v.

**David W. TERRY, Appellant**

**WD 77596**

Missouri Court of Appeals, Western District.

Order filed: September 8, 2015

Motion for Rehearing and/or Transfer to Supreme Court Denied October 27, 2015

Application for Transfer Denied December 22, 2015

Daniel McPherson, Jefferson City, MO, for Respondent.

Samuel E. Buffaloe, for Appellant.

Before Division Two: Thomas H. Newton, Presiding Judge, Victor C. Howard, Judge and Mark D. Pfeiffer, Judge

### ORDER

PER CURIAM:

David Terry appeals his conviction for the class D felony of sexual misconduct involving a child in violation of section 566.083. He claims that the evidence was insufficient to prove beyond a reasonable doubt that he knowingly exposed his genitals to the victim. Because a published opinion would have no precedential value, a memorandum has been provided to the parties.

The judgment of conviction is affirmed. Rule 30.25(b).